UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH JOHN CURRY,

    Petitioner,

v.

ELDON VAIL,

    Respondent.

Case No. C09-5144BHS

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PETITIONER'S MOTION TO DISMISS UNEXHAUSTED CLAIMS

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 17) and Petitioner's Motion to Dismiss Unexhausted Claims (Dkt. 18). The Court having considered the Report and Recommendation, Petitioner's motion, the remaining record, and no objections having been filed by Respondent with respect to either motion, does hereby adopt the report and recommendation and grant Petitioner's Motion to Dismiss Unexhausted Claims.

On August 4, 2009, Judge Creatura recommended the following action be taken by the Court in this matter:

> Based on the foregoing discussion, the Court should give petitioner thirty days to either dismiss his unexhausted claims and proceed only on claim 2(b), or dismiss the entire petition without prejudice and return to state court. If petitioner takes no action, the entire petition should be dismissed without prejudice.

ORDER – 1

Dkt. 17 at 9. On September 2, 2009, consistent with Judge Creatura's report and recommendation, Petitioner filed a motion to dismiss all unexhausted claims to permit going forward with his "2(b)" claim. Dkt. 18 at 1.

The Court agrees with the report and recommendation and finds no reason to deny Petitioner's motion to dismiss unexhausted claims and proceed with claim "2(b)." Therefore, it is hereby **ORDERED** that

    (1)    The Court **ADOPTS** the Report and Recommendation; and

    (2)    This Peitioner's motion to dismiss unexhausted claims is **GRANTED.**

DATED this 27th day of October, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER – 2