UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH JOHN CURRY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ELDON VAIL,<br><br>　　　　Respondent. | CASE NO. C09-5144BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　This matter comes before the Court on the Report and Recommendation of the Honorable Judge J. Richard Creatura, United States Magistrate Judge (Dkt. 25). The Court having considered the Report and Recommendation and the remaining record, and no objections by Petitioner having been filed, does hereby find and order:

　　(1)　The Court adopts the Report and Recommendation; and

　　(2)　This action is **DISMISSED** with prejudice because Petitioner failed to show that the state court erred.

　　DATED this 19th day of March, 2010.

　　　　　　　　　　　　　　　　　　　　/s/ Benjamin H. Settle
　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER