# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH JOHN CURRY

v.

ELDON VAIL

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5144BHS/JRC

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** with prejudice because Petitioner failed to show that the state court erred.

| March 22, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |